IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TRUIST BANK, f/k/a BRANCH BANKING AND TRUST COMPANY, a North Carolina state chartered Banking corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDIXX TRANSPORT, LLC; CHADRICK H. HUTCHESON; and JOHN V. WELCH,<br><br>    Defendants. | CV 620-096 |

## O R D E R

Before the Court is the Parties' stipulation of dismissal without prejudice. (Doc. 17.) Plaintiff and Defendants consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 4th day of February, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA